# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN M. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2192 SPM |
| | ) | |
| FEDEX CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Service was returned by the U.S. Marshal's Service as unexecuted on defendant FedEx Corporation on September 28, 2017. The return of service indicates that the registered agent for FedEx Corp., C.T. Corporation, does not have an office at the address provided by the Missouri Secretary of State on 221 Bolivar St. in Jefferson City, Missouri.

The Court notes that C.T. Corporation has a second registered address at 120 South Central Ave. in Clayton, Missouri. Thus, an alias summons and a copy of the complaint, as well as the August 4, 2017 Memorandum and Order and Order of Partial Dismissal, shall be served upon defendant FedEx Corp. at that address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue as to defendant FedEx Corp. by alias summons at its registered agent, C.T. Corporation System, 120 South Central Ave., Clayton, Missouri, 63105. The Clerk shall provide defendant with a copy of the complaint, as well as a copy of the August 4, 2017 Memorandum and Order and Order of Partial Dismissal.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in this matter as a pauper, service shall be accomplished by the U.S. Marshal's Office.

/s/ Shirley Padmore Mensah
_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of September, 2017.